BURNS AND WILCOX, LTD., Plaintiff-Appellant, v. ASSOCIATED GROUP BENEFITS, INC., *et al.*, Defendants-Appellees.

Second District   No. 2—91—0414

Opinion filed December 11, 1991.—Rehearing denied January 15, 1992.

The above-captioned opinion, filed December 11, 1991, was withdrawn January 15, 1992.